FILED
June 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KELSEY ANN LANE, )<br>)<br>Defendant. ) | Case No. 2:12MJ00187-DAD-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __KELSEY ANN LANE__, Case No. __2:12MJ00187-DAD-2__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $ 50,000.00

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 14, 2013  at  2:00 pm  .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal