**FILED**

June 14, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:12MJ00187-DAD-2 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| KELSEY ANN LANE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   KELSEY ANN LANE  , Case No.

2:12MJ00187-DAD-2  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

> ___   Release on Personal Recognizance

> ___   Bail Posted in the Sum of $ _50,000.00_

>> ___   Unsecured Appearance Bond

>> ___   Appearance Bond with 10% Deposit

>> ___   Appearance Bond with Surety

>> ___   Corporate Surety Bail Bond

>> ✔   (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 14, 2013  at  2:00 pm  .

By _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal